In the Matter of JET KART ENTERPRISES, INC., Respondent, v. GREGORY P. D'ABRAMO, Individually and as Building Inspector of the Town of Babylon, Appellant.— Motion by appellant for leave to appeal to the Court of Appeals denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

In the Matter of the Arbitration between MORTON KARTEN, INCORPORATED, Appellant, and SNOW SUIT et al., Respondents.— Motion by appellant for a stay of arbitration proceeding, pending appeal, granted: (1) on condition that appellant perfect the appeal and be ready to argue or submit it at the October Term, beginning October 2, 1961; appeal ordered on the calendar for said term; and (2) on the further condition that, within 10 days after entry of the order hereon, appellant shall file an undertaking for $25,000, with corporate surety, to pay the amount of any judgment (plus costs), which may be recovered against it as a result of the arbitration proceeding. The record and appellant's brief must be served and filed on or before September 1, 1961. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

In the Matter of LONG ISLAND DRUG DIVISION OF KETCHUM & CO., INC., Respondent, v. GERALD J. SHAPIRO, Respondent, and MICHAEL J. HALPERN, Appellant.— Motion by appellant to stay the respondent's examination before trial of him as a third party, pending appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

In the Matter of the Accounting of CARL R. OLSON, as Executor of FRED W. OTTE, Deceased. SALVATORE T. GAMBINO, as Committee, Appellant; KENNETH CLARK et al., Respondents.— Motion by respondents Kenneth and Frank Clark and Ella Schneider to dismiss appeal denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

In the Matter of DOROTHY D. POWELL, Appellant, v. ANONYMOUS, Respondent.— Motion by appellant for leave to prosecute appeal as a poor person and to direct the county to pay the cost of the minutes, denied. On the court's own motion, the appeal will be heard on the original papers (including the typed minutes) and on the typewritten briefs of both parties. Appellant's brief shall contain a copy of the opinion, if any, rendered by the court below. Six copies of the respective briefs shall be filed and one copy shall be served by each party upon the other. Cross motion by respondent that all papers on this appeal and on the motions therein be sealed and that he be treated as " anonymous," granted; the caption is amended accordingly. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

In the Matter of WINIFRED Q. SPRAGUE, Appellant, v. ROBERT E. HERMAN, as State Rent Administrator, Respondent, and PHILBERN REALTY CORP., Intervenor-Respondent.— Motion by intervenor-respondent to dismiss appeal, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

SYLVIA MARTINGANO, Respondent, v. SOL ROTER, Appellant.— Motion by respondent to dismiss appeal denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH BOYLE, Appellant.— Motion by appellant to vacate order dated October 6, 1958, dismissing his appeal from an order denying his *coram nobis* application; and for other relief, denied. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Pette, JJ., concur.